Mark J. Connot (010010)
mconnot@hutchlegal.com
Cynthia G. Milanowski (5652)
cmilanowski@hutchlegal.com
HUTCHISON & STEFFEN, LLC
Peccole Professional Park
10080 West Alta Drive, Suite 200
Las Vegas, Nevada 89145
Telephone: (702) 385-2500
Facsimile: (702) 385-2086

Attorneys for Plaintiff Laurie Powell

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LAURIE POWELL, | CASE NO.: 2:10-cv-00112-RCJ-RJJ |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |
| CLAY G. ERICKSON, individually and in his representative capacity of Defendants Life Insurance Company of the Southwest, National Life Insurance Company, National Financial Services, LLC, Sovereign Financial Group and Equity Services, Inc.; HERBERT J. BERGHOFF, individually and in his representative capacity of Defendants Life Insurance Company of the Southwest, National Life Insurance Company, National Financial Services, LLC and Creative Financial Group; LIFE INSURANCE COMPANY OF THE SOUTHWEST; NATIONAL LIFE INSURANCE COMPANY; NATIONAL FINANCIAL SERVICES, LLC; SOVEREIGN FINANCIAL GROUP, INC.; EQUITY SERVICES, INC.; CREATIVE FINANCIAL GROUP; and DOES 1-10 and ROE CORPORATIONS 1-10, | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED to by Plaintiff, Laurie Powell, and Defendants Life Insurance Company of the Southwest, National Life Insurance Company, Equity Services, Inc., Clay G. Erickson, Herbert J. Berghoff, Sovereign Financial Group, Inc. and Creative Financial Group (all collectively referred to as the "Parties"), by and through their

///

undersigned counsel, hereby stipulate to dismiss all claims in this action, with prejudice, with each of the Parties to bear his/her/its own attorney's fees and costs.

Dated this 20th day of January, 2011.

HUTCHISON & STEFFEN, LLC

_/s/ Cynthia G Milanowski_
Mark J. Connot (010010)
Cynthia G. Milanowski (5652)
Peccole Professional Park
10080 W. Alta Drive, Suite 200
Las Vegas, Nevada 89145

Attorneys for Plaintiff
Laurie Powell

Dated this 20th day of January, 2011.

LEWIS AND ROCA, LLP

_/s/ Ann-Martha Andrews_
Ann-Martha Andrews, Esq. (7585)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169
Attorneys for Defendant
Life Insurance Company of the Southwest,
National Life Insurance Company and Equity
Services, Inc.

Dated this 20th day of January, 2011.

JAMPOL ZIMET LLP

_/s/ Scott G. Greene_
Scott G. Greene, Esq. (010010)
800 Wilshire Blvd., Ste. 1400
Los Angeles, CA 90017-2604

Attorneys for Defendants
Clay G. Erickson, Herbert J. Berghoff,
Sovereign Financial Group, Inc. and Creative
Financial Group

## ORDER

IT IS SO ORDERED this 21st day of January, 2011.

_____
Gloria M. Navarro
United States District Judge

2

1  Respectfully Submitted by:

2  HUTCHISON & STEFFEN, LLC

3
   _____
4  Mark J. Connot (010010)
   Cynthia G. Milanowski (5652)
5  Peccole Professional Park
   10080 West Alta Drive, Suite 200
6  Las Vegas, Nevada  89145

7  Attorneys for Plaintiff Laurie Powell

3